LINDA B. OLIVER (SBN 166720)
loliver@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

CINDY M. RUCKER (SBN 272465)
cmekari@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Telephone: (213) 218-7890
Facsimile: (205) 254-1999

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOIRA DOSSI,<br><br>             Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>             Defendant. | Case No.: 3:17-cv-06927-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO FILE STIPULATION OF DISMISS AND CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

## JOINT STIPULATION

Plaintiff Moira Dossi ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("MetLife") (collectively, "the Parties"), through their attorneys of record, hereby jointly stipulate to continue the deadline to file a stipulation of dismissal and the hearing on the order to show cause (Dkt. No. 27). In support of this Stipulation, the Parties agree and stipulate as follows:

1.     The Parties have agreed to settle this matter.  However, they are still finalizing the terms of the settlement agreement and the settlement funds have not been paid.  The Parties expect to resolve these issues shortly.

2.     Plaintiff's attorney, Brian Kim, will be out of the country on vacation during the week of July 30, 2018, including the date of the scheduled hearing on the order to show cause on August 2, 2018.

3.     The Parties have agreed to request an extension of time of 30 days to file a stipulation of dismissal and a continuance of the hearing on the order to show cause to September 6, 2018, or alternative date convenient for the Court.

**FILER'S ATTESTATION**

I, Linda B. Oliver, am the ECF User whose identification and password are being used to file this document.  I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.


DATED: July 26, 2018                          MAYNARD, COOPER & GALE LLP


                                             */s/* Linda B. Oliver
                                             Linda B. Oliver
                                             *Attorneys for Defendant*
                                             *Metropolitan Life Insurance*
                                             *Company*

DATED: July 26, 2018                          BOLT KEENLEY KIM LLP


                                             */s/* Brian H. Kim
                                             Brian H. Kim
                                             *Attorney for Plaintiff Moira Dossi*

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR
FILING STIPULATION OF DISMISSAL AND HEARING ON ORDER TO SHOW CAUSE

**ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED THAT the Parties' deadline to submit a stipulation of dismissal in this matter is continued from July 26, 2018 to August 27, 2018.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on September 6, 2018 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse and show cause why the case should not be dismissed.

Dated:   7/27/18

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR
FILING STIPULATION OF DISMISSAL AND HEARING ON ORDER TO SHOW CAUSE